UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 24-cv-01730-AGT<br><br>**ORDER TO PROCEED PSEUDONYMOUSLY**<br><br>Re: Dkt. No. 4 |

The Court grants plaintiff's request for leave to proceed pseudonymously on the condition that after defendant is served and appears it may move to unseal plaintiff's name.

**IT IS SO ORDERED.**

Dated: March 22, 2024

Alex G. Tse
United States Magistrate Judge