1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:24-cv-01730-AGT<br><br>(Honorable Alex G. Tse)<br><br>~~[PROPOSED]~~ ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE<br><br><br>Complaint Filed:   3/20/24 |

**ORDER**

The Court, for good cause appearing and pursuant to the Stipulation of the parties (Docket #15), hereby dismisses this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a) *et seq*.  Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 12, 2024

HONORABLE ALEX G. TSE
U.S. Magistrate Judge